UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETRO TSIMBALYUK,

              Petitioner,

  v.

NATHALIE ASHER, ICE FIELD OFFICE DIRECTOR,

              Respondent.

NO. C12-1908-RAJ

ORDER OF DISMISSAL

The Court, having reviewed petitioner's notice of voluntary dismissal, Dkt. No. 8, the Report and Recommendation of the Hon. James P. Donohue, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1)    The Court adopts the Report and Recommendation.

(2)    This action and all claims asserted herein are DISMISSED without prejudice.

(3)    The Clerk shall send a copy of this Order to petitioner and to Judge Donohue.

DATED this 31st day of January, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1